UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:23-cr-26 |
| vs. | |
| JOHN ALLAN SMITH, | District Judge Michael J. Newman |
| | Magistrate Judge Caroline H. Gentry |
| Defendant. | |

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 69); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 69), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with possession of firearms and ammunition by a person prohibited under a domestic violence protective order, in violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(8). The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

December 18, 2025                         s/*Michael J. Newman*
                                          Hon. Michael J. Newman
                                          United States District Judge